# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-2432

_____

| | | |
|---|---|---|
| Russell J. Frauendorfer, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of Minnesota. |
| Dwight L. Fondren, Warden, | * | |
| | * | [UNPUBLISHED] |
| Appellee. | * | |

_____

Submitted: April 29, 2010
Filed: May 5, 2010

_____

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.

_____

PER CURIAM.

Federal inmate Russell J. Frauendorfer appeals the district court's[1] dismissal of his 28 U.S.C. § 2241 petition. Having reviewed the record de novo, see Mitchell v. U.S. Parole Comm'n, 538 F.3d 948, 951 (8th Cir. 2008) (per curiam); Matheny v. Morrison, 307 F.3d 709, 711-12 (8th Cir. 2002), we find no basis for reversal.

_____

[1]The Honorable Ann D. Montgomery, United States District Judge for the District of Minnesota, adopting in part the report and recommendations of the Honorable Arthur J. Boylan, United States Magistrate Judge for the District of Minnesota.

Accordingly, we deny Frauendorfer's request for appointed counsel and we affirm. See 8th Cir. R. 47B.

_____